IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TITO T. DAVIS, # 250373, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08cv840-TMH |
| | ) | (WO) |
| LEPOSY DANIELS, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court that judgment be and is hereby entered in favor of

the defendants and against the plaintiff and that this case be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 30th day of December 2008.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE